UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES v. FARNSWORTH,

    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. C07-5034FDB

ORDER OF DISMISSAL

    Plaintiff, having had three prior civil actions dismissed s frivolous or for failure to state a claim, is now prohibited from proceeding *in forma pauperis*. In the Court's order of April 6, 2007, Plaintiff was given until May 7, 2007 to pay the filing fee or this cause of action would be dismissed. Plaintiff has failed to pay the filing fee. ACCORDINGLY,

    IT IS ORDERED: this cause of action is DISMISSED for failure to pay the filing fee as directed.

    DATED this 10th day of May, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1