# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES V. FARNSWORTH

       v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5034FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

That this cause of action is DISMISSED for failure to pay the filing fee as directed.


   May 11, 2007                                                             BRUCE RIFKIN
Date                                                                       Clerk


                                                                                  *s/CM Gonzalez*
                                                                       Deputy Clerk